United States District Court

Eastern District of Louisiana

Patrick

v.                                    CIVIL ACTION NO. 2:00-cv-00129 "N"

Singleton

The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, January 13, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 13  P 3: 39

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| **ERIC PATRICK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 00-0129** |
| **PATRICIA SINGLETON AND HER INSURANCE COMPANY, AMERICAN INTERNATIONAL GUARANTY INSURANCE COMPANY** | * | **SEC.       MAG.**  **SECT. N MAG. 1** |

FILED: _____     _____
                                                                                    **DEPUTY CLERK**

### NOTICE OF REMOVAL

Defendant, American International Group Insurance Company, (improperly named as "American International Guaranty Insurance Company"), files this Notice of Removal of this cause from the 40th Judicial District Court, State of Louisiana, in which it is now pending, to the United States District Court for the Eastern District of Louisiana. This removal is predicated upon the fact that there is diversity of citizenship between the parties in this litigation and the amount in controversy exceeds the federal jurisdictional amount, exclusive of interest and costs.

1. This case was commenced in the 40th Judicial District Court for the Parish of St. John the Baptist, State of Louisiana, with citation and plaintiff's petition for damages setting forth the claim for relief upon which this action is based. Within thirty days of the filing of this Petition, this case has been removed from the 40th Judicial District Court to the United States District Court for the Eastern District of Louisiana.

2. This action is one of a civil nature for alleged personal injury.

3. Upon information and belief, plaintiff is a citizen of the State of Louisiana.



4. American International Group Insurance Company is and was at the time of filing of plaintiff's petition, a foreign insurance company, with its principal place of business in New York. Patricia Singleton is a resident of the State of Georgia.

5. The above described action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. 1332, in that plaintiff counsel indicates that the amount in controversy exceeds the federal jurisdictional amount exclusive of interest and costs, and the controversy is wholly between citizens of different states. Therefore, pursuant to the provisions of 28 U.S.C. 1441, this case may be removed to the United States District Court for the Eastern District of Louisiana.

BY ATTORNEY:

_____
MATTHEW J. UNGARINO #15061
WILLIAM H. ECKERT T.A. #18591
UNGARINO & ECKERT
Suite 1280 Lakeway Two
3850 North Causeway Boulevard
Metairie, Louisiana 70002
504/836-7565

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record, by United States mail, properly addressed and first class postage prepaid on January 12, 2000.

_____
MATTHEW J. UNGARINO

g:\docs\5600\5631\removalnotice.gd