UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC PATRICK | * | CIVIL ACTION |
| VERSUS | * | NO. 00-129 |
| PATRICIA SINGLETON, ET AL. | * | SECTION "N" |

### ORDER

Before the Court is plaintiff Eric Patrick's "Motion and Order to Stipulate to Damages". Although a plaintiff in a removed case may stipulate that his claim is worth less than the jurisdictional amount, the Court cannot "order" that the claim will not exceed that amount. The Court will therefore order the docket clerk to file the "Motion and Order" unsigned. From this pleading, however, the Court infers that plaintiff wishes to have his case remanded to state court. If plaintiff indeed wishes that his case be remanded, and if plaintiff's claim is worth less than $75,000, then

IT IS ORDERED that plaintiff file a motion to remand which complies with Fifth Circuit precedent. *See, e.g.*, Vaughn v. Todd, 71 F.Supp.2d 570 (E.D. La. 1999).

New Orleans, Louisiana, this 18 day of Feb. 2000.

EDITH BROWN CLEMENT
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY FEB 22 2000