

MINUTE ENTRY
SHUSHAN, M.J.
MARCH 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC PATRICK | CIVIL ACTION |
| VERSUS | NO: 00-0129 |
| PATRICIA SINGLETON AND HER INSURANCE COMPANY, AMERICAN INTERNATIONAL GUARANTY INSURANCE COMPANY | SECTION: "N" (1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF DEFENDANT, AMERICAN INTERNATIONAL GROUP INSURANCE COMPANY, TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

**GRANTED**.

Before the court is the motion of defendant to compel plaintiff to respond to interrogatories and requests for production of documents.

Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition

DATE OF ENTRY
MAR 2 0 2000



to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to defendant's motion to compel discovery, set for hearing on March 22, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Plaintiff is ordered to respond to defendant's discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 33 and 34 and to make all responsive documents available to defendant's counsel, within ten (10) days of entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.