```
                              FILED
                         U.S. DISTRICT COURT
                        EASTERN DISTRICT OF LA

                         2000 AUG 24  PM 3: 35

                           LORETTA G. WHYTE
                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC PATRICK | CIVIL ACTION |
| VERSUS | NO. 00-129 |
| PATRICIA SINGLETON, ET AL | SECTION "N" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, August 24, 2000.

                                              _____
                                              EDITH BROWN CLEMENT
                                              UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
AUG 2 5 2000