

```
                                FILED
                           U.S. DISTRICT COURT
                          EASTERN DISTRICT OF LA

                          2000 SEP 26  PM 3: 09

                           LORETTA G. WHYTE
                                CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC PATRICK | * | CIVIL ACTION |
| VERSUS | * | NO.   00-129 |
| PATRICIA SINGLETON AND HER INSURANCE COMPANY, AMERICAN INTERNATIONAL GUARANTY INSURANCE COMPANY | * | SEC. "N"   MAG. 1 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS

**ON MOTION OF** plaintiff, Eric Patrick, and defendant, American International Group Insurance Company, through their undersigned counsel, and on suggesting to the Court that all claims in the aforementioned suit have been settled and that the parties desire that said suit be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted:

_____
William H. Eckert, Esq. #18591
UNGARINO & ECKERT L.L.C.
1280 Lakeway Two
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
(504) 836-7556
Attorney for Defendant, American
International Group Insurance
Company

_____
Fred R. Defrancesch, Esq. #4801
P.O. Box 1566
Laplace, LA 70069
(504) 536-9700
Attorney for Plaintiff, Eric Patrick

8-5631/dgw
G:\DOCS\5500 - 5999\5631\MtnDismiss.dgw

DATE OF ENTRY
SEP 2 9 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERIC PATRICK | * | CIVIL ACTION |
| VERSUS | * | NO.  00-129 |
| PATRICIA SINGLETON AND HER INSURANCE COMPANY, AMERICAN INTERNATIONAL GUARANTY INSURANCE COMPANY | * | SEC. "N"   MAG. 1 |

*************************************************************************

## ORDER

**IT IS ORDERED** that all claims of the parties in the above entitled and numbered cause are hereby **dismissed**, with prejudice, each party to bear their own costs.

New Orleans, Louisiana this 27 day of September, 2000.

_____
JUDGE

8-5631/dgw
G:\DOCS\5500 - 5999\5631\MtnDismiss dgw

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 20 day of September, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

_____